HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
JESUS GUZMAN- AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:16-cr-00047 DAD |
|---|---|---|
| *Plaintiff,* | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. | ) ) | |
| JESUS GUZMAN-AGUILAR, | ) ) | |
| *Defendant.* | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the status conference hearing now set for November 15, 2017, may be moved to December 13, 2017, at 2:00 p.m., or the soonest date thereafter convenient to the Court.

The reason for this request is to allow time for further investigation and case evaluation by the parties without the necessity of Mr. Guzman-Aguilar missing work on November 15, 2017 just to obtain a new court date.

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: November 14, 2017        By    /s/ Ross Pearson
                                      ROSS PEARSON
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


                                      HEATHER E. WILLIAMS
                                      Federal Defender


DATED: November 14, 2017        By    /s/ *Victor M. Chavez*
                                      VICTOR M. CHAVEZ
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      JESUS GUZMAN-AGUILAR

**ORDER**

**IT IS SO ORDERED**. The status conference hearing for Jesus Guzman-Aguilar is continued to December 13, 2017, at 2:00 p.m. The defendant is ordered to appear at that date and time.

IT IS SO ORDERED.

Dated:   **November 14, 2017**

_____
UNITED STATES MAGISTRATE JUDGE