UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS GUZMAN AGUILAR,<br><br>Defendant. | Case No. 1:16-cr-00047-DAD<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION<br><br>(Doc. No. 30) |

The United States has moved for an order dismissing the violation petition in the above-captioned action.

IT IS HEREBY ORDERED that the Petition for Warrant or Summons for Offender under Supervision in the above-entitled case be dismissed as to JESUS GUZMAN AGUILAR without prejudice.

IT IS SO ORDERED.

Dated: **January 18, 2018**

UNITED STATES DISTRICT JUDGE

1