McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS GUZMAN AGUILAR,<br><br>Defendant. | CASE NO. 1:16-CR-00047-DAD<br><br>ORDER VACATING STATUS CONFERENCE |

On January 19, 2018, the Court dismissed the Petition for Warrant or Summons for Offender under Supervision against Jesus Guzman Aguilar. In light of the fact that the petition is no longer pending, the status conference currently scheduled for Tuesday, January 23, 2018, is hereby vacated.

IT IS SO ORDERED.

Dated: **January 22, 2018**                   _____
                                                      UNITED STATES MAGISTRATE JUDGE

1