| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Counsel for Defendant |
| 6 | JESUS GUZMAN AGUILAR |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00047-DAD-1 |
|---|---|
| *Plaintiff,* | STIPULATION AND ORDER |
| | TO CONTINUE SENTENCING HEARING |
| vs. | |
| JESUS GUZMAN AGUILAR, | DATE: April 30. 2018 |
| | TIME: 10:00 a.m. |
| *Defendant.* | JUDGE: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Ross Pearson, counsel for plaintiff, and Assistant Federal Defender, Victor M. Chavez, counsel for defendant Jesus Guzman Aguilar, that the sentencing hearing now set for April 16, 2018 **be continued to April 30, 2018, at 10:00 a.m.**

Defense recently received the dispositional memorandum and needs additional time to prepare.

//

//

//

//

//

//

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: April 12, 2018          /s/ *Ross Pearson*
ROSS PEARSON
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Dated: April 12, 2018          /s/ *Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
JESUS GUZMAN AGUILAR

## **O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the sentencing regarding violation of supervised release in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for April 16, 2018, is continued until April 30, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **April 12, 2018**

UNITED STATES DISTRICT JUDGE

Aguilar: Stipulation to Continue
Sentencing Hearing                    2