UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JESUS GUZMAN AGUILAR,<br><br>  Defendant. | Case No. 1:16-cr-00047-DAD<br><br>ORDER GRANTING DEFENDANT'S REQUEST AND RECOMMENDING DESIGNATION TO A CALIFORNIA CORRECTIONAL INSTITUTION<br><br>(Doc. 46) |

The court has reviewed defense counsel's request for this court to make a recommendation regarding defendant's place of confinement. (Doc. No. 46). Good cause appearing and no objection having been made by the government, the court recommends to the Federal Bureau of Prisons, that Jesus Guzman Aguilar be designated to serve his sentence at a facility located in California. This recommendation is made only to the extent it is consistent with security classification and space availability. The Clerk is directed to include the recommendation in the judgment and commitment order.

IT IS SO ORDERED.

Dated: **May 15, 2018**

_____
UNITED STATES DISTRICT JUDGE

1